# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1508
Lower Tribunal No. 2014-CF-010590-A-O

_____

DAVID JUNIOR LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and PRATT, JJ., concur.


David Junior Lopez, Live Oak, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED